UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JACK WILLIAMS,

               Plaintiff,

   -vs-

CREDIT PROTECTION ASSOCIATION,
et al.,

               Defendants.

**SETTLEMENT ORDER**

11-CV-6378

---

The Court having been advised by counsel that the above action has been settled, it is therefore

ORDERED, that the action and all claims and cross-claims therein are hereby dismissed with prejudice. Each party must bear its own costs; and it is further

ORDERED, that if there is a material breach of the terms of settlement, either party, on notice, may move to vacate this dismissal order and restore the case to the calendar.

                                             DAVID G. LARIMER
                                             UNITED STATES DISTRICT JUDGE

Dated:    November 10, 2011
            Rochester, New York